

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00132-CV

**ESCONDIDO RESOURCES II, LLC**,
Appellant

v.

**LAS TINAJAS MINERALS, LTD.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVI-000015-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion to dismiss is AFFIRMED. Costs of this appeal are taxed against appellant.

SIGNED December 30, 2020.

_____
Luz Elena D. Chapa, Justice